UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD D. CASITY,<br>Plaintiff,<br>v.<br>AMADOR COUNTY, et al.,<br>Defendants. | No. 2:25-cv-3065-DAD-SCR PS<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION WITHOUT PREJUDICE</u><br><br>(Doc. No. 5) |

Plaintiff initiated this civil action by filing a complaint on October 22, 2025, and proceeds *pro se* and *in forma pauperis*. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(21).

On November 3, 2025, the assigned magistrate judge screened plaintiff's complaint and determined it to be deficient because, among other deficiencies, it appeared to be barred by the decision in *Heck v. Humphrey*, 512 U.S. 477, 483 (1994), just as was the case in several other actions filed by plaintiff in this court. (Doc. No. 3 at 3–5.) Nonetheless, the magistrate judge directed plaintiff, if he wished to pursue this action, to file an amended complaint within thirty (30) days of the service of that order curing the noted pleading deficiencies and warned plaintiff that her failure to do so could result in a recommendation that this action be dismissed. (*Id*. at 6–7.) On December 3, 2025, plaintiff filed his first amended complaint. (Doc. No. 4.) On January

15, 2026, the magistrate judge issued pending findings and recommendations recommending that this action be dismissed without prejudice because plaintiff's first amended complaint did not cure the deficiencies noted in the November 3, 2025 order and that dismissal should be without further leave to amend because further amendment would be futile. (Doc. No. 5.)

The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.* at 3.) Plaintiff has not filed any objections to those findings and recommendations and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued filed January 15, 2026 (Doc. No. 5), are adopted in full;
2. Plaintiff's First Amended Complaint is dismissed without prejudice; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **October 16, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE